IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAHMAN GROUP, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> ANDREA GACKI, *in her official capacity as* ) <br> *Director of the U.S. Department of the Treasury* ) <br> *Office of Foreign Assets Control*; U.S. ) <br> DEPARTMENT OF THE TREASURY, ) <br> OFFICE OF FOREIGN ASSETS CONROL; ) <br> ) <br> *Defendants*. ) | Civil Action No. 1:19-cv-2022 (RDM) |

**NOTICE OF APPEARANCE**

Please take notice that Antonia Konkoly, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance as counsel of record for Defendants in the above-captioned matter. Ms. Konkoly hereby certifies pursuant to Local Rule 83.2(j) that she is personally familiar with the Local Rules of this Court.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

DIANE KELLEHER
Assistant Branch Director

/s/
Antonia Konkoly
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530
(202) 514-2395 (direct)
(202) 616-8470

1

antonia.konkoly@usdoj.gov

*Counsel for Defendants*

DATED: September 12, 2019